THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY GERALD and Others, Appellants, v. JOHN BOCKEL, Warden of the Tombs Prison, New York, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. MIKE VLAVLINO and Others, Appellants, v. JOHN BOCKEL, Warden of the Tombs Prison, New York, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR GRUSHAY and Others, Appellants, v. JOHN BOCKEL, Warden of the Tombs Prison, New York, Respondent.—Appeals dismissed on motion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

MANUFACTURERS TRUST COMPANY, Plaintiff, v. EDGUR REALTY CORPORATION and Others, Defendants. In the Matter of the Application of LOUIS LEVAY, Respondent, for Permission to Sue FRANK GOTTLIEB, as Receiver of the EDGUR REALTY CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and

disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.